**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GARZA, | No. C 10-2919 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SALINAS VALLEY STATE PRISON, | |
| Respondent. / | |

This action for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 11, 2011

_____
SUSAN ILLSTON
United States District Judge